JOSEPH M. BREALL, ESQ (SBN 124329)
BREALL & BREALL
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538

Attorneys for Plaintiff Ingrid Von Mangolt Hills

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS, ) Case No.: C 06-03300 JSW
) 
    Plaintiff, ) **SUBSTITUTION OF ATTORNEYS**
)
vs. )
)
INTENSIVE AIR INC., )
)
    Defendant. )

    THE COURT AND ALL PARTIES ARE NOTIFIED THAT: INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of Reuben W. Hills, III makes the following substitution of Joseph M. Breall, of the law Firm of Breall & Breall in place of counsel of record Stephen S. Mayne of Steefel Levitt & Weiss.

**SUBSTITUTION OF ATTORNEYS**
-1-

I, Ingrid von Mangoldt Hills, consent to the above substitution.

Dated: 9/01/2006

*Ingrid Von Mangoldt Hills*
Plaintiff

I consent to the above substitution.

BREALL & BREALL, LLP

Dated: 9-1-06

Joseph M. Breall, Esq.

I consent to the above substitution.

Steefel, Levitt & Weiss

Dated: 9/5/06

Stephen S. Mayne

Dated: September 26, 2006


APPROVED
Judge Jeffrey S. White

SUBSTITUTION OF ATTORNEYS
-2-