JOSEPH M. BREALL, ESQ. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538

Attorneys for Plaintiff
Ingrid Von Mangoldt Hills, in her individual
Capacity and as Representative of the Estate of
REUBEN W. HILLS, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID von MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III, <br>     Plaintiff, <br><br> vs. <br><br> INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE, <br>     Defendant | Case No.: C 06-3300 JSW <br><br> STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT |

    Pursuant to Local Rule 6-1 (a), Plaintiff INGRID von MANGOLDT HILLS and Defendant INTENSIVE AIR, INC. ("Defendant") stipulate, through their respective counsels of record, as follows:

    1.    Defendant, by and through its counsel has advised Plaintiff, by and through her counsel that Plaintiff's Complaint ("Complaint") has potential substantive and procedural problems. The parties have agreed to discuss these problems and attempt to seek resolution which may reduce the number of issues that will ultimately need to be presented to the Court. Plaintiff has now reviewed the issues raised by Defendant and has agreed to file a First Amended Complaint on or before October 24, 2006.

    2.    Defendants may be required to answer or otherwise respond to the Complaint on

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. C 06-3300 JSW)

-1-

or by Tuesday October 17, 2006. In order to afford the parties additional time to meet and confer to discuss substantive and procedural issues, Plaintiff and Defendant, by and through their counsel, hereby stipulate that pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), Defendant has a 28-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint, such that any answer or other response by Defendant will be due on or by Tuesday, November 14, 2006. This is the third extension of time in this matter. This extension of time will not alter the date of any event or any deadline already fixed by Court order other then the current Case Management Conference set for October 26, 2006. The parties request that the court continue this CMC to November 16, 2006.

3. Plaintiff and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: 10-17-06

BREALL & BREALL, LLP

By: _____
Joseph M. Breall
Attorney for Plaintiff INGRID VON
MANGOLDT HILLS, in her individual
capacity and as Representative of the
Estate of REUBEN W. HILLS, III

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By: _____
Robert T. Lynch, Esq.
Attorneys for Defendant
INTENSIVE AIR, INC., a corporation, doing
business as U.S. AIR AMBULANCE

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. C 06-3300 JSW)**

-2-

JOSEPH M. BREALL, ESQ. (SBN 124329)
BREALL & BREALL, LLP
1255 Post Street, Suite 800
San Francisco, CA 94109
Telephone: (415) 345-0545
Facsimile: (415) 345-0538

Attorneys for Plaintiff
Ingrid Von Mangoldt Hills, in her individual
Capacity and as Representative of the Estate of
REUBEN W. HILLS, III

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID von MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III, <br>     Plaintiff, <br> vs. <br><br> INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE, <br>     Defendant | Case No.: C 06-3300 JSW <br><br> STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT |

Pursuant to Local Rule 6-1 (a), Plaintiff INGRID von MANGOLDT HILLS and Defendant INTENSIVE AIR, INC. ("Defendant") stipulate, through their respective counsels of record, as follows:

1. Defendant, by and through its counsel has advised Plaintiff, by and through her counsel that Plaintiff's Complaint ("Complaint") has potential substantive and procedural problems. The parties have agreed to discuss these problems and attempt to seek resolution which may reduce the number of issues that will ultimately need to be presented to the Court. Plaintiff has now reviewed the issues raised by Defendant and has agreed to file a First Amended Complaint on or before October 24, 2006.

2. Defendants may be required to answer or otherwise respond to the Complaint on

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. C 06-3300 JSW)**

-1-

or by Tuesday October 17, 2006. In order to afford the parties additional time to met and confer to discuss substantive and procedural issues, Plaintiff and Defendant, by and through their counsel, hereby stipulate that pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), Defendant has a 9-day extension of time in which to answer or otherwise respond to Plaintiff's Complaint, such that any answer or other response by Defendant will be due on or by Thursday, October 25, 2006. This is the third extension of time in this matter. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

3.   Plaintiff and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: 10/17/06

BREALL & BREALL, LLP

By: _____
Joseph M. Breall
Attorney for Plaintiff INGRID VON
MANGOLDT HILLS, in her individual
capacity and as Representative of the
Estate of REUBEN W. HILLS, III

LYNCH, GILARDI & GRUMMER
A Professional Corporation

By: _____
Robert T. Lynch, Esq.
Attorneys for Defendant
INTENSIVE AIR, INC., a corporation,
doing business as U.S. AIR AMBULANCE

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (No. C 06-3300 JSW)**

GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered. The Case Management Conference is HEREBY CONTINUED from October 27, 2006 to December 8, 2006 at 1:30 p.m.

DATED: October 20, 2006

_____
Judge Jeffrey S. White