```
1   ROBERT T. LYNCH (SB# 34716)
    GARY M. ITTIG (SB# 83394)
2   LYNCH, GILARDI & GRUMMER
    475 Sansome Street, Suite 1800
3   San Francisco, CA 94111
    Telephone:  (415) 397-2800
4   Facsimile:  (415) 397-0937
5
    Attorneys for Defendant,
6   INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE
7
8                    UNITED STATES DISTRICT COURT
9         NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION
```

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSPORT RESOURCES, LLC, a limited liability corporation<br><br>Defendant. | Case No.: C 06-3300 JSW<br><br>STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE<br><br><br>Case Filed:  5/19/06<br>Trial Date:  N/A |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1 (a), Defendant INTENSIVE AIR, INC. ("Defendant") and Plaintiff INGRID von MANGOLDT HILLS ("Plaintiff") stipulate, through their respective counsels of record, as follows:

1.    To extend the Case Management Conference currently scheduled for December 8, 2006 to February 16, 2007.

2.    Defendant has filed a Motion to Dismiss and Motion to Strike pursuant to Federal Rules of Civil Procedure Rules 12(b)(6) and 12(f). The hearing on this motion is currently scheduled for February 16, 2007. In order to afford the parties additional time to meet and

1

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

1  confer to discuss substantive and procedural issues, Plaintiff and Defendant, by and through their
2  counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule
3  6-1(a), to extend the Case Management Conference to February 16, 2007, directly following the
4  hearing.

5      3.      Plaintiff and Defendant stipulate that this Stipulation may be executed in
6  counterparts, each of which shall be considered an original and all of which together shall be
7  deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a
8  signature transmitted by any electronic means including, but not limited to, facsimile machine
9  and scanned document transmitted via e-mail will have the same force and effect as an original
10 signature.

15 DATED: December 7, 2006      LYNCH, GILARDI & GRUMMER

17 By _____
   Robert T. Lynch
18 Attorneys for Defendant,
   INTENSIVE AIR, INC., DBA U.S. AIR
19 AMBULANCE

22 BREALL & BREALL, LLP

24 By: _____
   Joseph M. Breall
25 Attorney for Plaintiff INGRID VON
   MANGOLDT HILLS, in her individual
26 capacity and as Representative of the
   Estate of REUBEN W. HILLS, III

2

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

1. GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered.

DATED: December 8, 2006

_____
Judge Jeffrey S. White

F:\ADM155\P\Defendant's 3rd Second Stipulation to Extend CMC.doc

3

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE