IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS,

    Plaintiff,                            No. C 06-03300 JSW

  v.

INTENSIVE AIR, INC., et al.,            **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    Defendants.

    This matter is currently set for a hearing on February 16, 2007 at 9:00 a.m. on Defendant Intensive Air, Inc.'s motion to dismiss. The Court HEREBY ORDERS that Plaintiff's opposition brief shall be due no later than December 29, 2006 and Defendant's reply brief shall be due no later than January 5, 2007.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: December 8, 2006

                                                             JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE