IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS,

    Plaintiff,

v.

INTENSIVE AIR, INC., et al.,

    Defendants.

No. C 06-03300 JSW

**ORDER AMENDING BRIEFING SCHEDULE ON MOTION TO DISMISS**

On January 3, 2006, Plaintiff's counsel filed a declaration seeking an extension of time in which to file an opposition to Defendant Intensive Air, Inc.'s motion to dismiss. The Court construes the declaration as a motion to change time pursuant to Local Civil Rule 6-3. The parties are admonished that all future requests to the Court shall be filed in compliance with the local rules and this Court's standing orders. The Court HEREBY ORDERS that the deadline for Plaintiff's opposition brief is extended to January 15, 2007. The Court FURTHER ORDERS that the deadline for Defendant's reply brief is extended to January 22, 2007.

**IT IS SO ORDERED.**

Dated: January 12, 2007

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE