ROBERT T. LYNCH (SB# 34716)
CLAUDIA LOZANO (SB# 188742)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendant,
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSPORT RESOURCES, LLC, a limited liability corporation,<br><br>Defendants. | Case No.: C 06-3300 JSW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT INTENSIVE AIR, INC. TO FILE INITIAL DISCLOSURES<br><br><br>Case Filed: 5/19/06<br>Trial Date: N/A |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), Defendant INTENSIVE AIR, INC. ("Defendant") and Plaintiff INGRID von MANGOLDT HILLS ("Plaintiff") stipulate, through their respective counsels of record, as follows:

1. To extend to June 13, 2007, Defendant's time to serve Initial Disclosures pursuant to FRCP 26(a)(1). This extension of time will not alter the date of any event or any deadline already fixed by Court order.

2. Plaintiff and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be

1

1  deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a
2  signature transmitted by any electronic means including, but not limited to, facsimile machine
3  and scanned document transmitted via e-mail will have the same force and effect as an original
4  signature.

8  DATED: 6/11/07            LYNCH, GILARDI & GRUMMER

                              By _____
                              Robert T. Lynch
                              Attorneys for Defendant,
                              INTENSIVE AIR, INC., DBA U.S. AIR
                              AMBULANCE

                              BREALL & BREALL, LLP

                              By: _____
                              Joseph M. Breall
                              Attorney for Plaintiff INGRID VON
                              MANGOLDT HILLS, in her individual
                              capacity and as Representative of the
                              Estate of REUBEN W. HILLS, III

21  GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered.

24  DATED: June 14, 2007        _____
                                 Judge Jeffrey S. White

F:\0010-0155\P\Defendant's Stipulation to Extend Time For Initial Disclosurest.doc

2
STIPULATION TO EXTEND TIME FOR DEFENDANT INTENSIVE AIR, INC. TO FILE INITIAL DISCLOSURES