```
1  ROBERT T. LYNCH (SB# 34716)
   CLAUDIA LOZANO (SB# 188742)
2  LYNCH, GILARDI & GRUMMER
   475 Sansome Street, Suite 1800
3  San Francisco, CA 94111
   Telephone:    (415) 397-2800
4  Facsimile:    (415) 397-0937

5

6  Attorneys for Defendant,
   INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSPORT RESOURCES, LLC, a limited liability corporation,<br><br>Defendants. | Case No.: C 06-3300 JSW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT INTENSIVE AIR, INC. TO BRING IN ADDITIONAL PARTIES<br><br>Case Filed:  5/19/06<br>Trial Date:  N/A |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), Defendant INTENSIVE AIR, INC. ("Defendant") and Plaintiff INGRID von MANGOLDT HILLS ("Plaintiff") stipulate, through their respective counsels of record, as follows:

1. To extend the deadline to bring in additional parties from July 5, 2007 to August 3, 2007. This extension is required so that defendant can prepare, file and serve a cross-complaint before the date of the Further Case Management Conference on August 3, 2007. Pursuant to Judge White's order, the parties have met and conferred multiple times, by telephone and in person in order to decide how additional parties would be brought into this case. As a

1. result of these communications, defendant INTENSIVE AIR, INC., will have to prepare, file and serve a cross-complaint on potentially four additional parties, three of whom reside and/or do business in Arizona.

2. Plaintiff and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:

LYNCH, GILARDI & GRUMMER

By _____
Robert T. Lynch
Claudia Lozano
Attorneys for Defendant,
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE


BREALL & BREALL, LLP

By: _____
Joseph M. Breall
Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the deadline for defendant to bring in additional parties is extended from July 5, 2007 to August 3, 2007.

DATED: July 2, 2007

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White

F:\0010-0155\P\Defendant's Stipulation to Extend Time To Bring In More Parties.doc

POS-040

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Robert T. Lynch (SBN 34716)<br>Claudia Lozano (SBN 188742)<br>Lynch, Gilardi & Grummer, APC<br>475 Sansome Street, Suite 1800<br>San Francisco, CA 94111<br>  TELEPHONE NO.: 415-397-2800    FAX NO. *(Optional):* 415-397-0937<br>E-MAIL ADDRESS *(Optional):*<br>  ATTORNEY FOR *(Name):* Defendant Intensive Air, Inc. | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco - Northern<br>  STREET ADDRESS: 450 Golden Gate Ave.<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: San Francisco, CA 94102<br>  BRANCH NAME: | |
| PETITIONER/PLAINTIFF: INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the<br>RESPONDENT/DEFENDANT: INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE | CASE NUMBER:<br>C 06 3300 JSW |
| **PROOF OF SERVICE—CIVIL**<br>**Check method of service** *(only one):*<br>[ ] By Personal Service  [ ] By Mail  [x] By Overnight Delivery<br>[ ] By Messenger Service  [ ] By Facsimile  [ ] By E-Mail/Electronic Transmission | JUDGE:<br>DEPT.: |

*(Do not use this Proof of Service to show service of a Summons and Complaint.)*

1. At the time of service I was over 18 years of age and **not a party to this action.**

2. My address is *(specify one):*
   a. [x] Business: 475 Sansome St., Suite 1800, b. [ ] Residence:
   San Francisco, CA 94111

3. On *(date):* 6/28/2007    I served the following **documents** *(specify):* STIPULATION TO EXTEND TIME FOR DEFENDANT INTENSIVE AIR, INC. TO BRING IN ADDITIONAL PARTIES

   [ ] The documents are listed in the *Attachment to Proof of Service–Civil (Documents Served)* (form POS-040(D)).

4. I served the documents on the **persons** below, as follows:
   a. Name of person served: Joseph M. Breall, Esq.
   b. Address of person served: 1255 Post St., San Francisco, CA 94109
   c. Fax number or e-mail address of person served, if service was by fax or e-mail: jmbreall@breallaw.com
   d. Time of service, if personal service was used:

   [ ] The names, addresses, and other applicable information about the persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

5. The documents were served by the following means *(specify):*
   a. [ ] **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 4.
      (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [New January 1, 2005] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Legal<br>Solutions<br>Plus | Code of Civ. Proc., §§ 1011,<br>1013, 1013a, 2015.5 |

| CASE NAME VON MANGOLDT HILLS v. INTENSIVE AIR, INC., ET AL. | CASE NUMBER: 3:06-CV-03300-JSW |
|---|---|

5 b. [ ] **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

   (1) [ ] deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

   (2) [ ] placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):*

c. [X] **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. [ ] **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

e. [ ] **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. [ ] **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed in item 4. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 6/13/2007

Claudia Lozano
(TYPE OR PRINT NAME OF DECLARANT)            ▶ _____
                                                (SIGNATURE OF DECLARANT)

*(If item 5d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

## DECLARATION OF MESSENGER

[ ] **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package, which was clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____                   ▶ _____
(NAME OF DECLARANT)                           (SIGNATURE OF DECLARANT)

POS-040 [New January 1, 2005]

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**