```
 1  ROBERT T. LYNCH (SB# 34716)
    CLAUDIA LOZANO (SB#188742)
 2  ELIA DE LUCA (SB#249059)
    LYNCH, GILARDI & GRUMMER
 3  475 Sansome Street, Suite 1800
    San Francisco, CA 94111
 4  Telephone:   (415) 397-2800
    Facsimile:   (415) 397-0937
 5

 6  Attorneys for Defendant,
    INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSPORT RESOURCES, LLC, a limited liability corporation<br><br>Defendant. | Case No.: C 06-3300 JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br>Case Filed:   5/19/06<br>Trial Date:   N/A |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1 (a), Defendant INTENSIVE AIR, INC. ("Defendant") and Plaintiff INGRID von MANGOLDT HILLS ("Plaintiff") stipulate, through their respective counsels of record, as follows:

    1.    To continue the Case Management Conference currently scheduled for August 3, 2007 45 days to September 17, 2007.

    2.    Defendant INTENSIVE AIR, INC., is in the process of bringing known additional parties into this action. INTENSIVE AIR, INC., will have its cross-complaint on file in the next

1

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

1 | five to ten days. In the next 30 days, INTENSIVE AIR, INC., anticipates having its cross-
2 | complaint served upon the four known parties. These parties include:

      a.     Medical Air Transport, Inc.
      b.     Medical Air Transport Resources
      c.     Jeremy Freer
      d.     Michael Quilter

3. During Initial Disclosures, it has come to the attention of the parties that there may be potential heirs who need to be brought into this action. The parties are in the process of meeting and conferring on the issue of whether these are potential heirs that need to be brought into this matter and which party will bring them in. The parties anticipate that it will take another 30-45 days to bring in these new parties.

4. In order to afford the parties additional time to meet and confer to discuss these substantive and procedural issues and bring in additional parties, Plaintiff and Defendant, by and through their counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), to continue the Case Management Conference 45 days to September 17, 2007.

5. Plaintiff and Defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and Defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine

///
///
///
///
///
///
///
///

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

1 and scanned document transmitted via e-mail will have the same force and effect as an original
2 signature.

4  DATED: July 26, 2007    LYNCH, GILARDI & GRUMMER

6                           By _____/s/ Elia_____
7                              Robert T. Lynch
                               Claudia Lozano
8                              Elia De Luca
                               Attorneys for Defendant,
9                              INTENSIVE AIR, INC., DBA U.S. AIR
                               AMBULANCE

12 DATED: July 26, 2007
13                          BREALL & BREALL, LLP

15                           By: _____/s/_____
16                              Joseph M. Breall
                                Attorney for Plaintiff INGRID VON
17                              MANGOLDT HILLS, in her individual
                                capacity and as Representative of the
18                              Estate of REUBEN W. HILLS, III.

23 GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered.
   The Further Case Management Conference is HEREBY CONTINUED to September 21, 2007
24 at 1:30 p.m.

25 DATED: July 31, 2007                    _____/s/ Jeffrey S. White_____
26                                         The Honorable Jeffrey S. White

27 F:\0010-0155\P\Defendant's Stipulation to Extend 8-3 CMC.doc