ROBERT T. LYNCH (SB# 34716)
CLAUDIA LOZANO (SB#188742)
ELIA DE LUCA (SB#249059)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendant,
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSPORT RESOURCES, LLC, a limited liability corporation<br><br>Defendant. | Case No.: C 06-3300 JSW<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br><br>Case Filed: 5/19/06<br>Trial Date: N/A |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1 (a), Defendant INTENSIVE AIR, INC. ("Defendant") and Plaintiff INGRID von MANGOLDT HILLS ("Plaintiff") stipulate, through their respective counsels of record, as follows:

1. To continue the Case Management Conference currently scheduled for September 17, 2007 to October 19, 2007.

2. During Initial Disclosures, defendant discovered that there may be potential heirs who need to be brought into this action. The parties are in the process of meeting and conferring on the issue of whether these are potential heirs and if so, who will bring them in.

1

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

3. In order to afford the parties additional time to meet and confer to discuss these substantive and procedural issues and bring in additional parties, the parties, by and through their counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), to continue the Case Management Conference to October 19, 2007.

4. Plaintiff and defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: September ___, 2007        LYNCH, GILARDI & GRUMMER

                                  By _____
                                     Robert T. Lynch
                                     Claudia Lozano
                                     Elia DeLuca
                                     Attorneys for Defendant,
                                     INTENSIVE AIR, INC., DBA U.S. AIR
                                     AMBULANCE

DATED: September 14, 2007         BREALL & BREALL, LLP

                                  By: _____
                                     Joseph M. Breall
                                     Attorney for Plaintiff INGRID VON
                                     MANGOLDT HILLS, in her individual
                                     capacity and as Representative of the
                                     Estate of REUBEN W. HILLS, III

  3. In order to afford the parties additional time to meet and confer to discuss these substantive and procedural issues and bring in additional parties, the parties, by and through their counsel, hereby stipulate pursuant to Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1(a), to continue the Case Management Conference to October 19, 2007.

  4. Plaintiff and defendant stipulate that this Stipulation may be executed in counterparts, each of which shall be considered an original and all of which together shall be deemed one and the same instrument. Plaintiff and defendant further stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: September 14, 2007  LYNCH, GILARDI & GRUMMER

By _____
Robert T. Lynch
Claudia Lozano
Elia DeLuca
Attorneys for Defendant,
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

DATED: September __, 2007  BREALL & BREALL, LLP

By: _____
Joseph M. Breall
Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III

2

STIPULATION TO EXTEND CASE MANAGEMENT CONFERENCE

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation extension is so ordered. The Case Management Conference is HEREBY CONTINUED to November 2, 2007 at 1:30 p.m.

DATED: September 17, 2007

*/s/ Jeffrey S. White*
The Honorable Jeffrey S. White

F:\0010-0155\P\Defendant's Stipulation to Extend 9-17 CMC.doc