1  ROBERT T. LYNCH (SB# 34716)
   CLAUDIA LOZANO (SB#188742)
2  ELIA DE LUCA (SB#249059)
   LYNCH, GILARDI & GRUMMER
3  475 Sansome Street, Suite 1800
   San Francisco, CA  94111
4  Telephone:    (415) 397-2800
   Facsimile:    (415) 397-0937
5

6  Attorneys for Defendant/Cross-Defendant
   INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE
7

8                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION
10

11

12  INGRID VON MANGOLDT HILLS, in her      Case No.: C 06-3300 JSW
    individual capacity and as Representative of
13  the Estate of REUBEN W. HILLS, III,     **STIPULATION AND ORDER TO**
                                            **CONTINUE DEADLINE TO FILE**
14              Plaintiffs,                  **STIPULATION BY HEIRS TO JOIN**
                                            **CASE AND CONTINUATION OF**
15         vs.                              **BRIEFING SCHEDULE**

16  INTENSIVE AIR, INC., a corporation, doing
    business as U.S. AIR AMBULANCE,
17
                Defendant.                   Case Filed:    5/19/06
18                                           Trial Date:    N/A

19  _____

20  INTENSIVE AIR, INC., a corporation, doing
    business as U.S. AIR AMBULANCE,
21
                Cross-Complainant,
22
           vs.
23
    MEDICAL AIR TRANSPORT, INC.,
24  MEDICAL AIR TRANSPORT RESOURCES,
    JEREMY FREER and MICHAEL QUILTER,
25
                Cross-Defendants.
26

27

28                                    1
    STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE STIPULATION BY HEIRS TO JOIN
    CASE AND CONTINUATION OF BRIEFING SCHEDULE

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1 (a), Defendant/Cross-Defendant INTENSIVE AIR, INC., Plaintiff INGRID von MANGOLDT HILLS, Cross-Defendant/Cross-Claimant MICHAEL QUILTER and Cross-Defendant JEREMY FREER stipulate, through their respective counsels of record, as follows:

1.     To continue the deadline to file a Stipulation that the heirs will consent to join this lawsuit set for November 16, 2007 to November 30, 2007, as ordered by Judge White at the recent Status Conference on November 2, 2007.

2.     In the event that the heirs do not consent to join the lawsuit, to continue the briefing schedule for a motion re:  joinder as follows:

      a.     Motion deadline:        November 16, 2007 to November 30, 2007

      b.     Opposition deadline:  November 30, 2007 to December 14, 2007

      c.     Reply deadline:        December 7, 2007 to December 21, 2007

3.     Counsel for INTENSIVE AIR, INC., Claudia Lozano, forwarded the heirs a Stipulation to consent to join this lawsuit.  Through conversations with a representative for one of the heirs on November 12, 2007 and with one of the heirs on November 13, 2007, Ms. Lozano was informed that the heirs had been advised to stipulate to join the lawsuit but needed additional time to retain counsel to confirm that the advice was consistent and in their best interest.  Ms. Lozano agreed that they should retain counsel and be fully informed of their options before signing the Stipulation.  Ms. Lozano further agreed to submit the instant Stipulation and Order.

4.     The parties support the heirs request for more time, especially, in light of the consequences of consenting to join this lawsuit as plaintiffs.  The parties agree that an additional two weeks of time for the heirs to retain counsel and determine whether consenting to join this lawsuit is in their best interest will not prejudice the parties in the case, especially if the Court agrees to continue the briefing schedule two weeks should a motion re:  joinder be required.

5.     The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

2

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE STIPULATION BY HEIRS TO JOIN CASE AND CONTINUATION OF BRIEFING SCHEDULE

DATED:      November 15, 2007          LYNCH, GILARDI & GRUMMER


                                       By    /s/
                                             Robert T. Lynch
                                             Claudia Lozano
                                             Attorneys for Defendant/Cross-
                                             Defendant, INTENSIVE AIR, INC.,
                                             DBA U.S. AIR AMBULANCE

DATED:      November 14, 2007          BREALL & BREALL, LLP


                                       By:   /s/
                                             Joseph M. Breall
                                             Attorney for Plaintiff INGRID VON
                                             MANGOLDT HILLS, in her individual
                                             capacity and as Representative of the
                                             Estate of REUBEN W. HILLS, III

DATED:      November 13, 2007          ROPERS, MAJESKI, KOHN & BENTLEY


                                       By    /s/
                                             George E. Clause
                                             Attorneys for Cross-Defendant/Cross-
                                             Complainant, MICHAEL QUILTER,

DATED:      November 15, 2007          THE WALSTON LEGAL GROUP


                                       By    /s/
                                             Gregory S. Walston
                                             Orestes A. Cross
                                             Attorneys for Cross-Defendant,
                                             JEREMY FREER

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE STIPULATION BY HEIRS TO JOIN
CASE AND CONTINUATION OF BRIEFING SCHEDULE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The motion to compel joinder, filed by Defendant on November 16, 2007, shall be heard on January 4, 2008.  Any opposition to the motion must be filed by December 14, 2007 and Defendant's reply ~~GOOD CAUSE APPEARING THEREFORE, the stipulation extensions are so ordered.~~ shall be filed by December 21, 2007.  If the parties receive stipulations by the heirs consenting to join this lawsuit, Defendant shall withdraw the pending motion.

DATED: November 16, 2007

THE HONORABLE JEFFREY S. WHITE

\\Sfdata\Conversion\0010-0155\P\167680.doc

4

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE STIPULATION BY HEIRS TO JOIN CASE AND CONTINUATION OF BRIEFING SCHEDULE