IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS,

    Plaintiff,

v.

INTENSIVE AIR, INC., et al.,

    Defendants.

AND RELATED CROSS-CLAIMS
    /

No. C 06-03300 JSW

**ORDER GRANTING MOTION TO COMPEL JOINDER**

Now before the Court is the motion to compel joinder of necessary parties filed by Intensive Air, Inc. Pursuant to the Court's order, any opposition to this motion was due by December 14, 2007. To date, no opposition has been filed. Therefore, the Court deems the motion to compel joinder as unopposed. The Court finds the matter suitable for disposition without oral argument and VACATES the January 4, 2008 hearing on this motion. Having considered Intensive Air's motion, the lack of opposition thereto, and good cause appearing, the motion is GRANTED. The Court HEREBY ORDERS that Heidi O'Connor, Vaughn A. De Guigne, and Reuben W. Hills, IV (collectively, "omitted heirs") shall be joined as defendants in

///
///
///
///

the above-captioned matter.  Intensive Air shall serve the omitted heirs with a summons and First Amended Complaint in order to effectuate proper service.

**IT IS SO ORDERED.**

Dated: January 2, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE