ROBERT T. LYNCH (SB# 34716)
CLAUDIA LOZANO (SB#188742)
ELIA DE LUCA (SB#249059)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendant/Cross-Defendant
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>Defendant.<br><br>_____<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>Cross-Complainant,<br><br>vs.<br><br>MEDICAL AIR TRANSPORT, INC., MEDICAL AIR TRANSPORT RESOURCES, JEREMY FREER and MICHAEL QUILTER,<br><br>Cross-Defendants. | Case No.: C 06-3300 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OF JANUARY 25, 2008**<br><br>Case Filed: 5/19/06<br>Trial Date: N/A |

1
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OF JANUARY 25, 2008

Pursuant to the Federal Rules of Civil Procedure Rule 6(b) and Local Rule 6-1 (a), Defendant/Cross-Defendant/Cross-Claimant INTENSIVE AIR, INC., Plaintiff INGRID von MANGOLDT HILLS, Cross-Defendant/Cross-Claimant MICHAEL QUILTER, Cross-Defendant/Cross-Claimant MEDICAL AIR TRANSPORT, INC. and Cross-Defendant JEREMY FREER stipulate, through their respective counsels of record, as follows:

1. To continue the Case Management Conference currently scheduled for January 25, 2008 at 1:30 p.m. in Department, 75 days to give INTENSIVE AIR, INC., sufficient time to serve the heirs with the Summons and First Amended Complaint and allow the heirs sufficient time to respond, as ordered by Judge White.

2. Good cause exists for the requested continuance. Judge White has ordered that the heirs are necessary parties and must join this lawsuit. INTENSIVE AIR, INC., is in the process of serving the heirs with the Summons and First Amended Complaint. However, once they are served, they will have 20 days to make their appearance in this action. That will not occur prior to the next Conference on January 25, 2008. Also, the additional time will provide the new cross-defendants/cross-complainants an opportunity to comply with required initial disclosures and conduct other preliminary discovery in this matter.

3. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: January 16, 2008        LYNCH, GILARDI & GRUMMER

                               By _____
                               Robert T. Lynch
                               Claudia Lozano
                               Attorneys for Defendant/Cross-
                               Defendant, INTENSIVE AIR, INC.,
                               DBA U.S. AIR AMBULANCE

| | | |
|---|---|---|
| 1 | DATED: January __, 2008 | BREALL & BREALL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Joseph M. Breall |
| 5 | | Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III |
| 6 | | |
| 7 | DATED: January __, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| 9 | | By _____ |
| 10 | | George E. Clause |
| 11 | | Attorneys for Cross-Defendant/Cross-Complainant, MICHAEL QUILTER, |
| 12 | | |
| 13 | DATED: January __, 2008 | THE WALSTON LEGAL GROUP |
| 14 | | |
| 15 | | By _____ |
| 16 | | Gregory S. Walston |
| 17 | | Orestes A. Cross<br>Attorneys for Cross-Defendant, JEREMY FREER |
| 18 | DATED: January 14, 2008 | LAW OFFICES OF BONNIE R. COHEN |
| 19 | | |
| 20 | | |
| 21 | | By _____ |
| 22 | | Bonnie R. Cohen |
| 23 | | Attorneys for Cross-Defendant/Cross-Complainant MEDICAL AIR TRANSPORT, INC. |

3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OF JANUARY 15, 2008

DATED: January __, 2008    BREALL & BREALL, LLP

By: _____
Joseph M. Breall
Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III

DATED: January 14, 2008    ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
George E. Clause
Daniel McKinnon
Attorneys for Cross-Defendant/Cross-Complainant, MICHAEL QUILTER,

DATED: January __, 2008    THE WALSTON LEGAL GROUP

By _____
Gregory S. Walston
Orestes A. Cross
Attorneys for Cross-Defendant, JEREMY FREER

DATED: January __, 2008    LAW OFFICES OF BONNIE R. COHEN

By_____
Bonnie R. Cohen
Attorneys for Cross-Defendant/Cross-Complainant MEDICAL AIR TRANSPORT, INC.

3

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE OF JANUARY 25, 2008

| | | |
|---|---|---|
| 1 | DATED: January 14th, 2008 | BREALL & BREALL, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Joseph M. Breall |
| 5 | | Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III |
| 6 | | |
| 7 | DATED: January __, 2008 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 8 | | |
| 9 | | By _____ |
| 10 | | George E. Clause |
| 11 | | Attorneys for Cross-Defendant/Cross-Complainant, MICHAEL QUILTER, |
| 12 | | |
| 13 | DATED: January __, 2008 | THE WALSTON LEGAL GROUP |
| 14 | | |
| 15 | | By _____ |
| 16 | | Gregory S. Walston |
| 17 | | Orestes A. Cross |
| | | Attorneys for Cross-Defendant, JEREMY FREER |
| 18 | DATED: January __, 2008 | LAW OFFICES OF BONNIE R. COHEN |
| 19 | | |
| 20 | | |
| 21 | | By _____ |
| 22 | | Bonnie R. Cohen |
| 23 | | Attorneys for Cross-Defendant/Cross-Complainant MEDICAL AIR TRANSPORT, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Case Management Conference currently scheduled for January 25, 2008 is granted. The new Case Management Conference is continued to April 4, 2008.

DATED: January 17, 2008

_____
THE HONORABLE JEFFREY S. WHITE

\\Sfdata\Conversion\0010-0155\P\170800.doc