IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID VON MANGOLT HILLS, | |
| Plaintiff, | No. C 06-03300 JSW |
| v. | |
| INTENSIVE AIR, INC., et al., | **ORDER REQUIRING RESPONSE** |
| Defendants. | |
| AND RELATED CROSS-CLAIMS / | |

On May 6, 2008, Heidi O'Connor, Vaughn A. De Guigne, and Reuben W. Hills, IV (collectively, "omitted heirs") filed a letter purporting to withdraw as parties from the above-captioned matter. The Court HEREBY DIRECTS the other parties to file a response to the omitted heirs letter by no later than May 27, 2008.

**IT IS SO ORDERED.**

Dated: May 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID VON MANGOLT HILLS,<br><br>    Plaintiff,<br><br>  v.<br><br>INTENSIVE AIR INC et al,<br><br>    Defendant.<br>_____/ | Case Number: CV06-03300 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heidi O'Connor
326 Laurel Way
Mill Valley, CA 94941

Reuben W. Hills
P.O. Box 35
Crystal Bay, NV 89402

Vaughn A. De Guigne
P.O. Box 1976
San Mateo, CA 94401

Dated: May 13, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk