IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS,

    Plaintiff,

v.

INTENSIVE AIR, INC., et al.,

    Defendants.

No. C 06-03300 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO SET ASIDE DEFAULT**

This matter is set for a hearing on July 18, 2008, on the motion to set aside entry of default filed by defendant Medical Air Resource LLC ("Medical Air"). The Court HEREBY ORDERS that any opposition to this motion shall be due by May 27, 2008 and Medical Air's reply, if any, shall be due by June 3, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: May 13, 2008

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

<div style="text-align: left; font-style: italic;">United States District Court<br>For the Northern District of California</div>

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

INGRID VON MANGOLT HILLS,

    Plaintiff,

v.

INTENSIVE AIR INC et al,

    Defendant.

Case Number: CV06-03300 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Heidi O'Connor
326 Laurel Way
Mill Valley, CA 94941

Reuben W. Hills
P.O. Box 35
Crystal Bay, NV 89402

Vaughn A. De Guigne
P.O. Box 1976
San Mateo, CA 94401

Dated: May 13, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk