| | |
|---|---|
| 1 | ROBERT T. LYNCH (SB# 34716) |
| 2 | CLAUDIA LOZANO (SB#188742) |
|   | ELIA DE LUCA (SB#249059) |
| 3 | LYNCH, GILARDI & GRUMMER |
|   | 475 Sansome Street, Suite 1800 |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 397-2800 |
|   | Facsimile: (415) 397-0937 |

Attorneys for Defendant/Cross-Defendant
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br><br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>Defendant.<br>_____<br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>Cross-Complainant,<br><br>vs.<br><br>MEDICAL AIR TRANSPORT, INC., MEDICAL AIR TRANSPORT RESOURCES, JEREMY FREER and MICHAEL QUILTER,<br><br>Cross-Defendants. | Case No.: C 06-3300 JSW<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE VOLUNTARY DISMISSAL BY PLAINTIFFS/OMITTED HEIRS**<br><br>Case Filed: 5/19/06<br>Trial Date: N/A |

1

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE VOLUNTARY DISMISSAL BY PLAINTIFFS/OMITTED HEIRS

Defendant/Cross-Defendant/Cross-Claimant INTENSIVE AIR, INC., Cross-Defendants/Cross-Claimants MEDICAL AIR TRANSPORT, INC. and MEDICAL AIR RESOURCES, stipulate, through their respective counsels of record, as follows[1]:

1. To continue the deadline to file the Voluntary Dismissal of this action by the plaintiffs/omitted heirs to September 15, 2008, to provide the plaintiffs/omitted heirs sufficient time to review the Stipulation for Voluntary Dismissal sent to them on July 21, 2008.

2. Good cause exists for the requested continuance. On July 11, 2008, Judge White ordered counsel for INTENSIVE AIR, INC. to file the Stipulation re: Voluntary Dismissal by July 25, 2008. On July 21, 2008, counsel for INTENSIVE AIR, INC., forwarded the plaintiffs/omitted heirs a letter enclosing the Stipulation and requesting that they return the signature page on or before July 25, 2008. On July 22, 2008, all three plaintiffs/omitted heirs contacted counsel for INTENSIVE AIR, INC., and requested additional time to review the Stipulation and determine what course of action to take. According to the plaintiffs/omitted heirs, professional and personal obligations would prevent them from properly evaluating the Stipulation.

3. I informed the plaintiff/omitted heirs that I would not object to giving them additional time. However, that the ultimate decision would have to be that of Judge White. As a result, on July 23, 2008, I contacted the other parties to this lawsuit and requested their agreement to provide the plaintiffs/omitted heirs additional time to review the Stipulation and determine whether they were going to sign it. All parties agreed.

4. There is no prejudice to the parties or to the Court if an extension of time is granted up to and including September 15, 2008. Based on the representations made at the July 11, 2008 Case Management Conference by counsel, depositions and other significant events are not likely to occur prior to September 15, 2008.

---

[1] Counsel for plaintiff INGRID von MANGOLDT HILLS has represented that he does not see good cause for allowing the omitted heirs further time to respond. Counsel for Cross-Defendant/Cross-Claimant MICHAEL QUILTER and JEREMY FREER's response is pending.

2

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE VOLUNTARY DISMISSAL BY PLAINTIFFS/OMITTED HEIRS

5. In addition, should the plaintiffs/omitted heirs decline stipulating to a voluntary dismissal of this lawsuit, counsel for INTENSIVE AIR, INC, requests that the Court set a deadline and briefing schedule to bring a motion against the plaintiffs/omitted heirs to dismiss this lawsuit.

6. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: July 24, 2008   LYNCH, GILARDI & GRUMMER

By   /s/
Robert T. Lynch
Claudia Lozano
Attorneys for Defendant/Cross-Defendant, INTENSIVE AIR, INC.,
DBA U.S. AIR AMBULANCE

DATED: July 24, 2008   LAW OFFICES OF FARLEY S. TOLPEN

By   /s/
Farley S. Tolpen
Attorneys for Cross-Defendant,
MEDICAL AIR RESOURCES, LLC

DATED: July 24, 2008   LAW OFFICES OF BONNIE R. COHEN

By   /s/
Bonnie R. Cohen
Attorneys for Cross-Defendant/Cross-Complainant MEDICAL AIR TRANSPORT, INC.

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE VOLUNTARY DISMISSAL BY PLAINTIFFS/OMITTED HEIRS

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline for the plaintiffs/omitted heirs to respond to the Stipulation re: Voluntary Dismissal, currently set for July 25, 2008 is granted. The new deadline is September 15, 2008.

In addition, should the Stipulation not be signed, INTENSIVE AIR, INC., shall have until  September 25, 2008  to file a motion to enforce the dismissal. Opposition to this motion shall be filed no later than  October 9, 2008 . A Reply shall be filed no later than  October 16, 2008 .

DATED:  July 25, 2008 

_____
THE HONORABLE JEFFREY S. WHITE

\\Sfdata\Conversion\0010-0155\P\181618.doc

4

STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE VOLUNTARY DISMISSAL BY PLAINTIFFS/OMITTED HEIRS