1  ROBERT T. LYNCH, (SBN 34716)
   CLAUDIA LOZANO (SBN 188742)
2  LYNCH, GILARDI & GRUMMER
   475 Sansome Street, Suite 1800
3  San Francisco, CA 94111
   Telephone:  (415) 397-2800
4  Facsimile:  (415) 397-0937
   Attorneys for Defendant/Cross-Complainant,
5  INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiffs,<br>vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>Defendant.<br><br>And Related Cross-Actions | Case No.: 3:06-cv-03300-JSW<br><br>STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE<br><br>Case Filed:  5/19/06<br>Trial Date:   N/A |

Plaintiffs/Omitted heirs HEIDI HILLS O'CONNOR, VAUGHN HILLS DE GUIGNE and REUBEN W. HILLS, IV, hereby stipulate to voluntarily dismiss this lawsuit filed by plaintiff INGRID VON MANGOLDT HILLS against all defendants, including all cross-defendants named in the cross-complaint filed by INTENSIVE AIR, INC., and all cross-complainants in the related cross-actions filed in this case.

By order of the Court, we were joined in this lawsuit as defendants and filed an answer to the First Amended Complaint on March 17, 2008. Pursuant to Judge White's subsequent order, we were realigned as plaintiffs in this lawsuit. Judge White asked us to decide whether we wanted to be parties in this lawsuit. On May 6, 2008, we informed the Court, in writing, that we could not participate as plaintiffs or defendants in this lawsuit.

1  On July 11, 2008, Judge White ordered that a voluntary dismissal, with prejudice, each
2  party to bear their own costs, be filed by July 25, 2008. We understand that by agreeing to
3  voluntarily dismiss this lawsuit, with prejudice, each party to bear their own costs, our duties,
4  rights and obligations as parties in this case will, in effect, be terminated on the date we sign the
5  instant stipulation.

DATED: July __, 2008
9/9/08

By _____
HEIDI HILLS O'CONNOR
In Pro Per
Plaintiff/Omitted Heir

DATED: July __, 2008
Sept. 9, 2008

By _____
VAUGHN HILLS DE GOIONE
In Pro Per
Plaintiff/Omitted Heir

DATED: July __, 2008
Sept 9, 2008

By _____
REUBEN W. HILLS, IV
In Pro Per
Plaintiff/Omitted Heir

2
STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE

1  IT IS SO ORDERED.
2
3  DATED: SEP 1 6 2008
4                                    _____
                                     The HONORABLE JEFFREY S. WHITE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: VOLUNTARY DISMISSAL OF ACTION, WITH PREJUDICE