

LYNCH, GILARDI & GRUMMER
A Professional Corporation

ATTORNEYS AT LAW

SINCE 1978



FILED
NOV 03 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

October 28, 2008

The Honorable Judge James Larson
U.S. District Court-Northern District
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:       *VonMongoldt Hills v. Intensive Air*
      Case No.:  3:06-cv-03300-JSW

Dear Judge Larson:

    My name is Claudia Lozano and I represent Defendant/Cross-defendant/Cross-complainant, INTENSIVE AIR, INC., dba, U.S. AIR AMBULANCE in the above matter that has been referred to you for a Settlement Conference on December 9, 2008 at 10:00 a.m.

    My client's insurance representative is located in New Jersey. They have inquired as to whether they can retain an independent adjuster to appear at the Conference on December 9th on their behalf. I am familiar with your requirement that all requests for telephonic appearances must be made in writing. However, I am not familiar with your position on the personal appearance of an independent adjuster.

    I contacted your chambers and was instructed to make this inquiry directly to you. Therefore, this letter shall serve to request your position on whether my client can retain an independent adjuster, that will have the same authority regarding settlement that the carrier has, to appear at the Settlement Conference.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Claudia Lozano

CL:cl
\\Sfdata\Conversion\0010-0155\Court\184479.doc

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

475 SANSOME STREET, SUITE 1800  SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE (415) 397-2800     FACSIMILE (415) 397-0937

EMAIL lgg@lgglaw.com
WEBSITE www.lgglaw.com

RICHARD S. GILARDI (RETIRED)
DUANE W. GRUMMER (OF COUNSEL)