GEORGE E. CLAUSE (SBN 88107)
DANIEL P. MCKINNON (SBN 234749)
ROPERS, MAJESKI, KOHN & BENTLEY
50 W. San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Cross-Defendant
MICHAEL QUILTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity as Representative of the Estate of REUBEN W. HILLS, III,<br><br>Plaintiff,<br><br>v.<br><br>INTENSIVE AIR, INC., a corporation doing business as U.S. AIR AMBULANCE,<br><br>Defendant. | CASE NO. 3:06-cv-03300 JSW<br><br>[~~PROPOSED~~] ORDER |
| MEDICAL AIR TRANSPORT, INC.,<br><br>Cross-Complainants,<br><br>v.<br><br>INTENSIVE AIR, INC., a corporation doing business as U.S. AIR AMBULANCE; MEDICAL AIR TRANSORT RESOURCES; JEREMY FREER and MICHAEL QUILTER,<br><br>Cross-Defendants.| |
| AND RELATED CROSS-ACTIONS. | |

FOR GOOD CAUSE SHOWING IT IS HEREBY ORDERED that cross-defendant Michael Quilter be excused from personally attending the Settlement Conference on December 9, 2008. Mr. Quilter will remain available by telephone for the duration of the Settlement Conference.

Dated: November 19, 2008

_____
JAMES LARSON, U.S. CHIEF MAGISTRATE JUDGE