ROBERT T. LYNCH (SB# 34716)
CLAUDIA LOZANO (SB#188742)
ELIA DE LUCA (SB#249059)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:	(415) 397-2800
Facsimile:	(415) 397-0937

Attorneys for Defendant/Cross-Defendant
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>　　　　Defendant.<br>_____<br>INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE,<br><br>　　　　Cross-Complainant,<br><br>　vs.<br><br>MEDICAL AIR TRANSPORT, INC., MEDICAL AIR TRANSPORT RESOURCES, JEREMY FREER and MICHAEL QUILTER,<br><br>　　　　Cross-Defendants. | Case No.: C 06-3300 JSW<br><br>**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION (INCLUDING CROSS-COMPLAINTS) IN EXCHANGE FOR WAIVER OF COSTS**<br><br>Case Filed:　5/19/06<br>Trial Date:　　N/A |

1

STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION (INCLUDING CROSS-COMPLAINTS) IN
EXCHANGE FOR WAIVER OF COSTS

1. Plaintiff INGRID von MANGOLDT HILLS has agreed to voluntarily dismiss the instant lawsuit, with prejudice against Defendant/Cross-Defendant/Cross-Claimant INTENSIVE AIR, INC. Cross-Defendant/Cross-Complainants INTENSIVE AIR, INC., MICHAEL QUILTER, Cross-Defendant/Cross-Claimant MEDICAL AIR TRANSPORT, INC. and Cross-Defendant JEREMY FREER have agreed to dismiss all cross-complaints, with prejudice, in this matter in exchange for a waiver of costs.

2. A Release and Settlement Agreement is being circulated for execution. We anticipate that it will be fully executed within the next 30 days, upon which time we will request that dismissals, according to this stipulation be entered.

3. The parties request that the Case Management Conference currently set for January 30, 2009 at 1:30 p.m. before the Honorable Jeffrey S. White be taken off calendar and that this matter be placed on the Court's dismissal calendar for a hearing no earlier than 30 days from the date of said stipulation.

4. Counsel stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: January 26, 2009  LYNCH, GILARDI & GRUMMER

By  /s/
Robert T. Lynch
Claudia Lozano
Attorneys for Defendant/Cross-Defendant, INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

DATED: January 26, 2009  BREALL & BREALL, LLP

By: ____/s/_____
Joseph M. Breall
Attorney for Plaintiff INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III

2
STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION (INCLUDING CROSS-COMPLAINTS) IN EXCHANGE FOR WAIVER OF COSTS

| | | |
|---|---|---|
| DATED: | January 26, 2009 | ROPERS, MAJESKI, KOHN & BENTLEY |

By   /s/
    George E. Clause
    Daniel McKinnon
    Attorneys for Cross-Defendant/Cross-
    Complainant, MICHAEL QUILTER,

| | | |
|---|---|---|
| DATED: | January 26, 2009 | THE WALSTON LEGAL GROUP |

By   /s/
    Gregory S. Walston
    Orestes A. Cross
    Attorneys for Cross-Defendant,
    JEREMY FREER

| | | |
|---|---|---|
| DATED: | January 26, 2009 | LAW OFFICES OF BONNIE R. COHEN |

By   /s/
    Bonnie R. Cohen
    Attorneys for Cross-Defendant/
    Cross-Complainant MEDICAL AIR
    TRANSPORT, INC.

3

STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION (INCLUDING CROSS-COMPLAINTS) IN EXCHANGE FOR WAIVER OF COSTS

## **ORDER**

~~GOOD CAUSE APPEARING THEREFORE, the stipulation to remove the Case Management Conference scheduled for January 30, 2009 at 1:30 p.m. is GRANTED.~~

~~An Order to Show Cause re: Dismissal will be set for hearing on _____ at _____ in Department ____. The parties are required to inform the Court one week prior to the OSC re: Dismissal if the execution of the Release and Settlement Agreement is complete and that Dismissal should be entered.~~

The Court HEREBY CONTINUES the Case Management Conference scheduled for January 30, 2009 to March 6, 2009 at 1:30 p.m. The Case Management Conference shall be vacated if the parties file a stipulation of dismissal prior to March 6, 2009.

DATED: January 27, 2009

_____
THE HONORABLE JEFFREY S. WHITE

\\Sfdata\Conversion\0010-0155\P\186383.doc

---

4

STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION (INCLUDING CROSS-COMPLAINTS) IN EXCHANGE FOR WAIVER OF COSTS