ROBERT T. LYNCH (SB# 34716)
CLAUDIA LOZANO (SB#188742)
ELIA DE LUCA (SB#249059)
LYNCH, GILARDI & GRUMMER
475 Sansome Street, Suite 1800
San Francisco, CA  94111
Telephone:    (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Defendant/Cross-Defendant
INTENSIVE AIR, INC., DBA U.S. AIR AMBULANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN FRANCISCO DIVISION

| | |
|---|---|
| INGRID VON MANGOLDT HILLS, in her individual capacity and as Representative of the Estate of REUBEN W. HILLS, III, <br><br> Plaintiffs, <br><br> vs. <br><br> INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE, <br><br> Defendant. <br> _____ <br> INTENSIVE AIR, INC., a corporation, doing business as U.S. AIR AMBULANCE, <br><br> Cross-Complainant, <br><br> vs. <br><br> MEDICAL AIR TRANSPORT, INC., MEDICAL AIR TRANSPORT RESOURCES, JEREMY FREER and MICHAEL QUILTER, <br><br> Cross-Defendants. | Case No.: C 06-3300 JSW <br><br> **STIPULATION AND ORDER RE: DISMISSAL OF ACTION [FRCP RULE 41(a)]** <br><br><br> Case Filed:    5/19/06 <br> Trial Date:    N/A |

1

STIPULATION AND ORDER RE: DISMISSAL OF ACTION [FRCP RULE 41(a)]

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), plaintiff INGRID von MANGOLDT HILLS has agreed to voluntarily dismiss the instant lawsuit, with prejudice against Defendant/Cross-Defendant/Cross-Claimant INTENSIVE AIR, INC. Cross-Defendant/Cross-Complainants INTENSIVE AIR, INC., MICHAEL QUILTER, Cross-Defendant/Cross-Claimant MEDICAL AIR TRANSPORT, INC. and Cross-Defendant JEREMY FREER have agreed to dismiss all cross-complaints, with prejudice, in this matter in exchange for a waiver of costs.

The parties request that the Case Management Conference currently set for March 6, 2009 at 1:30 p.m. before the Honorable Jeffrey S. White be taken off calendar and that dismissal of the Complaint and Cross-Complaints be dismissed.

Counsel stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:   February 27, 2009          LYNCH, GILARDI & GRUMMER


                                    By   /s/
                                       Robert T. Lynch
                                       Claudia Lozano
                                       Attorneys for Defendant/Cross-
                                       Defendant, INTENSIVE AIR, INC.,
                                       DBA U.S. AIR AMBULANCE


DATED:   February 27, 2009          BREALL & BREALL, LLP


                                    By: _____/s/_____
                                       Joseph M. Breall
                                       Attorney for Plaintiff INGRID VON
                                       MANGOLDT HILLS, in her individual
                                       capacity and as Representative of the
                                       Estate of REUBEN W. HILLS, III

DATED: February 27, 2009         ROPERS, MAJESKI, KOHN & BENTLEY


                                 By   /s/
                                    George E. Clause
                                    Daniel McKinnon
                                    Attorneys for Cross-Defendant/Cross-
                                    Complainant, MICHAEL QUILTER,


DATED: February 27, 2009         THE WALSTON LEGAL GROUP


                                 By   /s/
                                    Gregory S. Walston
                                    Orestes A. Cross
                                    Attorneys for Cross-Defendant,
                                    JEREMY FREER


DATED: February 27, 2009         LAW OFFICES OF BONNIE R. COHEN


                                 By____/s/_____
                                    Bonnie R. Cohen
                                    Attorneys for Cross-Defendant/
                                    Cross-Complainant MEDICAL AIR
                                    TRANSPORT, INC.

3
STIPULATION AND ORDER RE: DISMISSAL OF ACTION [FRCP RULE 41(a)]

## **ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to dismiss the Complaint and all Cross-Complaints, with prejudice, all parties to bear their own costs, is GRANTED.

The Case Management Conference scheduled for March 6, 2009 is vacated.

DATED: __March 3, 2009_____       _____
                                    THE HONORABLE JEFFREY S. WHITE

\\Sfdata\Conversion\0010-0155\P\187089.doc